UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIET OBIANUJU NWAMEME | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-1185 |
| | § | (Jury Trial Demanded) |
| | § | |
| HILTON MANAGEMENT LLC | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THE COURT:

COME NOW, Plaintiff, JULIET OBIANUJU NWAMEME, and Defendant, HILTON MANAGEMENT LLC, (hereinafter collectively "the Parties") appearing by and through the assistance of their respective counsels of record, and jointly advise the Court that a settlement agreement has been reached in the above-referenced matter. The Parties anticipate the settlement can be funded and all necessary closing papers completed within the next thirty days.

While the Parties respectfully request that the Court retain jurisdiction over this matter until the settlement process is complete, they will notify the Court once funding is complete and funding has occurred so that an appropriate closing order may be entered.

Respectfully submitted,

**LAW OFFICE OF PATRICK CHUKELU**

/s/ Patrick O. Chukelu         *signed with permission
Patrick O. Chukelu
State Bar No.: 04241090
Federal Bar No.: 13181
9301 S.W. Freeway, Suite 250
Houston, TX 77074
Tel: 713-270-5533
Fax: 713-771-8303
Email: chukelu@gmail.com

**ATTORNEY FOR PLAINTIFF**
**JULIET OBIANUJU NWAMEME**


- and -

**LUCERO | WOLLAM, P.L.L.C.**

/s/ Gina A. Lucero
GINA A. LUCERO
State Bar No.: 00791144
Federal Bar No.: 19949
**Attorney-In-Charge**
1776 Yorktown, Suite 100
Houston, Texas  77056
Telephone: (713) 225-3400
Facsimile: (713) 225-3300
Email: glucero@lucerowollam.com

**COUNSEL FOR DEFENDANT**
**HILTON MANAGEMENT LLC**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of May, 2019, a true and correct copy of the foregoing was sent or delivered to all parties through counsel of record pursuant to Fed.R.Civ.P. 5(a), (b).

Patrick O. Chukelu
Law Office of Patrick Chukelu
9301 S.W. Freeway, Suite 250
Houston, TX 77074


/s/ Gina A. Lucero
GINA A. LUCERO