United States District Court
Southern District of Texas
**ENTERED**
May 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIET OBIANUJU NWAMEME § § § | |
| V. § § § | CIVIL ACTION NO. 4:19-cv-1185 (Jury Trial Demanded) |
| HILTON MANAGEMENT LLC § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE CONSIDERED, Plaintiff, JULIET OBIANUJU NWAMEME, Defendant, HILTON MANAGEMENT LLC's, Agreed Motion for Dismissal with Prejudice. The Court, after considering the Motion, and finding that Plaintiff, JULIET OBIANUJU NWAMEME, no longer desires to pursue her claims against Defendant, HILTON MANAGEMENT LLC, determines that the Motion is well taken and should be GRANTED.

Accordingly, IT IS HEREBY ORDERED, that this suit and all claims and causes of action asserted by Plaintiff, JULIET OBIANUJU NWAMEME, in this suit against Defendant, HILTON MANAGEMENT LLC, be, and hereby are, dismissed with prejudice against the re-filing of the same. Costs of court are taxed against the party incurring same.

It is so ORDERED.

_May 22, 2019_
Date

The Honorable Alfred H. Bennett
United States District Judge

AGREED AS TO FORM AND ENTRY REQUESTED:

**LAW OFFICE OF PATRICK CHUKELU**

By: /s/ Patrick O. Chukelu    *signed with permission
Patrick O. Chukelu
State Bar No.: 04241090
Federal Bar No.: 13181
9301 S.W. Freeway, Suite 250
Houston, TX 77074
Tel: 713-270-5533
Fax: 713-771-8303
Email: chukelu@gmail.com

**ATTORNEY FOR PLAINTIFF
JULIET OBIANUJU NWAMEME**

and

**LUCERO | WOLLAM, P.L.L.C.**

By: /s/ Gina A. Lucero
GINA A. LUCERO
State Bar No.: 00791144
Federal Bar No.: 19949
1776 Yorktown, Suite 100
Houston, Texas 77056
Telephone: (713) 225-3400
Facsimile: (713) 225-3300
Email: glucero@lucerwollam.com

**ATTORNEY FOR DEFENDANT,
HILTON MANAGEMENT LLC**